# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| THALIA SHARP, | ) |
| | ) NO. 3:23-CV-00262 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| CHUY'S OPCO, INC. | ) MAGISTRATE JUDGE HOLMES |

## ORDER

Pursuant to the Plaintiff's Notice of Voluntary Dismissal, this case is **DISMISSED** under Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE